# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**ROBERT ROGERS,**

    **Plaintiff,**

v.                                                         Case No. 1:21-cv-89-AW-GRJ

**DELI MANAGEMENT, INC.,**
**d/b/a JASON'S DELI,**

    **Defendant.**

_____/

## **JUDGMENT**

Judgment is entered in favor of Plaintiff, ROBERT ROGERS, and against the Defendant, DELI MANAGEMENT, INC. d/b/a JASON'S DELI, in the amount of $7,500.00.

                                                       JESSICA J. LYUBLANOVITS
                                                       CLERK OF COURT

December 6, 2021                              *s/ TiAnn Stark*
Date                                                          Deputy Clerk: TiAnn Stark